B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): BRIGGS, DAVID LEE | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): BRIGGS, DAVE | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): 2327 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): 2304 COVINGTON CT. PLAINFIELD, IL. ZIP CODE 60586 | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: KENDALL | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE | |

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☒ Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☒ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box.)<br>☐ Full Filing Fee attached.<br>☒ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).<br>--------<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors
| ☐ 1-49 | ☒ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ☒ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☒ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13) Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)    (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☒ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

Page

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _[signed]_<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br>773-849-1900<br>Telephone Number (if not represented by attorney)<br>August 6, 2014<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X _____<br>Signature of Attorney for Debtor(s)<br><br>_____<br>Printed Name of Attorney for Debtor(s)<br><br>_____<br>Firm Name<br><br>_____<br>Address<br><br>_____<br>Telephone Number<br><br>_____<br>Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | _____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re **DAVID LEE BRIGGS**  
          Debtor

Case No._____  
        (if known)

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.                                                Page 2

  ❏ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

  **If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

  ❏ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ❏ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ❏ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ❏ Active military duty in a military combat zone.

  ❏ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

  **I certify under penalty of perjury that the information provided above is true and correct.**

      Signature of Debtor: _____
      Date: _August 6, 2014_

# David Briggs' Creditors

ComEd   (My Current Electric Bill)
P.O. Box 6111
Carol Stream, IL. 60197
Acct. # ██████0048
$565.83

McCarthy, Burges & Wolf
Re: Sherwin Williams
The MB&W Building
26000 Cannon Road
Cleveland, Ohio 44146
Account # 79470
Balance Due: $104.92
MBW #: ████9717

Qualia Collection Services
Client Name: CorssCheck, Inc.
Acct # ████3997
Re: Zeigler BMW of Orland Park
PO Box 5069
Petaluma, CA 94955-5069
Balance Due: $3,797.84

Thomas C. Brandstrader
Attorney-At-Law
53 W. Jackson Blvd. Suite 615
Chicago, IL. 60604
Balance Due $6,100.00

Midwest Imaging Professionals
PO Box 371863
Pittsburgh, PA. 15250-7863
Acct # ████████1011
Balance Due: $448.00

Emergency Healthcare Phys B
PO Box 366
Hinsdale, IL. 60522
Acct # ██████6994
Balance: $591.00

Suburban Radiologists, SC.
1446 Momentum Place
Chicago, IL. 60689-5314
Acct # ████5009
Balance: $177.00

Dependon Collection Services, Inc.
PO Box 4833
Oak Brook, IL. 60522-4833
Acct # ████1591
Balance: $177.00

Troy Dental
962 Brook Forest
Shorewood, IL. 60404
Balance Due: $81.00

Northwestern Community Healthcare
PO Box 22215
Beachwood, OH 44122
Acct # ████0714
Amount Due: $113.27

HSN
PO Box 9090
Clearwater, FL. 33758-9090
Acct# ████9408
Balance Due: $519.06

McCarthy, Burgess & Wolff
Re: Sherwin Williams
The MB&W Building
26000 Cannon Road
Cleveland, Ohio, 44146
Acct # 79000
MBW# ████9958
Balance Due: $1,219.97

Shadow Emergency Services
PO Box 13917
Philadelphia, PA. 19101-3917
Acct # ████7176
Amount Due: $238.90

Desert Radiology Services
PO Box 1645
Indianapolis, IN. 46206-1645
Acct # ████RT-D2
Amount Due: $237.25

Desert Springs Hospital Medical Center
PO Box 31001-0827
Pasadena, CA. 91110-0827
Acct # ●●●●●●●7176
Amount Due: $3,754.00

EMP Of Will County, LLC
PO Box 637527
Cincinnati, OH 45263-7527
Acct# ●●●●●●●6385
Amount Due: $751.75

Presence Saint Joseph Medical Center
PO Box 88097
Chicago, IL. 60680-1097
Acct # ●●●●●●●8705
Amount Due: $1,231.22

Patrick T. Sheehan & Associates
Attorneys at Law, P.C.
314 N. York Rd.
Elmhurst, IL. 60126
Balance Due: $377.97

Adventist Health Partners
PO Box 7001
Bolingbrook, IL. 60440-7001
Acct # ●●●●9240
Amount Due: $533.00

Nicor Gas
PO Box 5407
Carol Stream, IL. 60197-5407
Acct # ●●●●●●●8844 3
Amount Due: $1,989.68

First Premier Bank
P.O. Box 5519
Sioux Falls, SD ●●●●●5519
Last 4 of Acct# 6721
Amount Due $432.75

Griffin Williams LLP
501 West State Street
Suite 203
Geneva, IL. 60134
Amount Due: $4,372.11

City Of Joliet Municipal Services
150 W. Jefferson St.
Joliet, IL. 60432-4148
Acct # ▓▓▓▓▓▓▓5180
Amount Due: $172.60

Capital One Bank
PO Box 6492
Carol Stream, IL. 60197-6492
Account Ending in 3596
Amount Due: $471.01

NCO Financial Systems Inc.
Creditor Nicor Gas (Agency 203)
PO Box 15740
Wilmington, DE. 19850-5740
NCO Acct# 6C7IJM
Creditors Acct# ▓▓▓▓▓▓▓8844
Amount Due: $2060.19

Hotel Marshfield
2700 South Central Ave.
Marshfield, WI 54449
Res # 6161
Amount Due: $530.73

Norman & Associates
6230 Shiloh Road
Alpharetta, GA. 30005
File # 97427
Amount Due: $104.92

Norman & Associates
6230 Shiloh Road
Alpharetta, GA. 30005
File # 97042
Amount Due: $1,194.97

ShopHQ Network
(Unknown Address)
File # ▓▓▓▓3607
Amount Due: $600.00

APEX GT Audio & Performance
1109 Essington Road
Joliet, IL. 60435
Invoice #▓1202
Amount Due: $10,662.25

APEX GT Audio & Performance
1109 Essington Road
Joliet, IL. 60435
Invoice # ●1140 2
Amount Due: $6,954.04

MGM Resorts International
Corporate Legal Collection
71 E. Harmon Ave.
Las Vegas, NV. 89109
File # ●●●6235
Amount Due: $25,000.00

American Collections
919 Estes Ct.
Schaumburg, IL. 60193
Amount Due: $3,396.00

Arnold Harris
600 West Jackson
Suite 710
Chicago, IL. 60661
Amount Due: $708.00

Bay Area Credit Services
1000 Abernathy Rd. NE Ste
Alanta, GA 30328
Amount Due: $851.00

CAB Services
90 Barney Dr.
Joliet, IL. 60435
Amount Due: $450.00

Collection Prof/Lasal
723 1st St.
La Salle, IL. 61301
Amount Due: $241.00

Credit Management LP
4200 International Pkwy
Carrollton, TX. 75007
Amount Due: $518.00

Credit Management LP
4200 International Pkwy
Carrollton, TX. 75007
Amount Due: $691.00

Enhanced Recovery
8014 Bayberry Rd.
Jacksonville, FL. 32256
Amount Due: $457.00

GLA Collection Co. Inc.
2630 Gleeson Ln
Louisville, KY 40299
Amount Due: $330.00

Harvard Collection
4839 N. Elston Ave.
Chicago, IL. 60630
Amount Due: $168.00

Helvey & Associates
1015 E. Center St.
Warsaw, IN. 46580
Amount Due: $660.00

Hunter Warfield
4620 Woodland Corporate
Tampa, FL. 33614
Amount Due $6,904.00

Intl Coll
PO Box. 86880
Los Angeles, CA. 90057
Amount Due: $10,269.00

Mage & Price
707 Lake Cook Road
Suite 314
Deerfield, IL. 60015
Amount Due: $2,153.00

MBB
1460 Renaissance Dr.
Park Ridge, IL. 60068
Amount Due: $50.00

MBB
1460 Renaissance Dr.
Park Ridge, IL. 60068
Amount Due: $451.00

MBB
1460 Renaissance Dr.
Park Ridge, IL. 60068
Amount Due: $50.00

MBB
1460 Renaissance Dr.
Park Ridge, IL. 60068
Amount Due: $672.00

MBB
1460 Renaissance Dr.
Park Ridge, IL. 60068
Amount Due: $50.00

MBB
1460 Renaissance Dr.
Park Ridge, IL. 60068
Amount Due: $70.00

MBB
1460 Renaissance Dr.
Park Ridge, IL. 60068
Amount Due: $172.00

MBB
1460 Renaissance Dr.
Park Ridge, IL. 60068
Amount Due: $79.00

MBB
1460 Renaissance Dr.
Park Ridge, IL. 60068
Amount Due: $79.99

MBB
1460 Renaissance Dr.
Park Ridge, IL. 60068
Amount Due: $409.00

Stellar Recovery Inc.
1327 US HWY 2 W
Kalispell, MT. 59901
Amount Due: $1,187.00

United Resource System
10075 W. Colfax Ave.
Lakewood, CO. 80215
Amount Due: $952.00

Credit Protection
13355 Noel Rd. 21st Floor
PO. Box 802068
Dallas, TX 75280

Enhanced Recovery Collections
8014 Bayberry Rd
Jacksonville, FL 32256
Amount Due: $116.00

Illinois Collection Services
8231 185th St. Ste 100
Tinley Park, IL. 60487
Amount Due: $341.00

Illinois Collection Services
8231 185th St. Ste 100
Tinley Park, IL. 60487
Amount Due: $514.00

Illinois Collection Services
8231 185th St. Ste 100
Tinley Park, IL. 60487
Amount Due: $312.00

Illinois Collection Services
8231 185th St. Ste 100
Tinley Park, IL. 60487
Amount Due: $312.00

Illinois Collection Services
8231 185th St. Ste 100
Tinley Park, IL. 60487
Amount Due: $149.00

Illinois Collection Services
8231 185th St. Ste 100
Tinley Park, IL. 60487
Amount Due: $312.00

Illinois Collection Services
8231 185th St. Ste 100
Tinley Park, IL. 60487
Amount Due: $312.00

Illinois Collection Services
8231 185th St. Ste 100
Tinley Park, IL. 60487
Amount Due: $312.00

Illinois Collection Services
8231 185th St. Ste 100
Tinley Park, IL. 60487
Amount Due: $514.00

MRSI
2250 E. Devon Ave. Ste 352
Des Plaines, IL. 60018
Amount Due: $4,675.00

Professional Acct MGMT
633 W. Wisconsin Ave.
Milwaukee, WI. 53203
Amount Due Unknown

Southwest Recovery Services
15400 Knoll Trail Dr.
Dallas, TX 75248
Amount Due: $2,530.00

WI Electric
333 W. Everett
PO Box 2046
Milwaukee, WI. 53201
Amount Due: Unknown

THD/CBNA
PO Box 6497
Sioux Falls, SD 57117
Amount Due: $15,332.00

First Premier Bank
6012 S. Minnesota Ave.
Sioux Falls, SD 57104
Amount Due: $300.00

THD/CBNA
PO Box 6497
Sioux Falls, SD 57117
Amount Due: $5,708.00

Von Maur
6565 Brady
Davenport, IA 52806
Amount Due: $242.00

WFFiance
800 Walnut St.
Des Moines, IA 50309
Amount Due: $5,000.00

United Resource Systems
Re: Lisle Woodridge Fire District
(877) 395-5997
$1,093.00

Security Credit Systems
Re: American Flyers College
$1,726.00

Merchants Credit Association
Re: Edward Hospital
$9,893.00

State Collection Service
Re: Presence Health Mercy Medical
$1,624.00

Law Offices of Mitchell D. Bluhm
Re: Medical 02 Clark County
$850.00

Merchants Credit Association
Re: Med1 02 Edward Hospital
$785.00

TruGreen
860 Ridge Lake Blvd.
Memphis, TN 38120

MBB
1460 Renaissance Dr.
Park Ridge, IL. 60068
Amount Due: $1,200.00

MBB
1460 Renaissance Dr.
Park Ridge, IL. 60068
Amount Due: $200.00

MBB
1460 Renaissance Dr.
Park Ridge, IL. 60068
Amount Due: $506.00

Merchants Credit Guide
223 W. Jackson Blvd. Ste. 4
Chicago, IL. 60606
Amount Due: $4,524.00

Merchants Credit Guide
223 W. Jackson Blvd. Ste. 4
Chicago, IL. 60606
Amount Due: $22,179.00

Merchants Credit Guide
223 W. Jackson Blvd. Ste. 4
Chicago, IL. 60606
Amount Due: $9,893.00

Merchants Credit Guide
223 W. Jackson Blvd. Ste. 4
Chicago, IL. 60606
Amount Due: $2,146.00

Merchants Credit Guide
223 W. Jackson Blvd. Ste. 4
Chicago, IL. 60606
Amount Due: $3,204.00

Merchants Credit Guide
223 W. Jackson Blvd. Ste. 4
Chicago, IL. 60606
Amount Due: $157.00

Merchants Credit Guide
223 W. Jackson Blvd. Ste. 4
Chicago, IL. 60606
Amount Due: $785.00

Merchants Credit Guide
223 W. Jackson Blvd. Ste. 4
Chicago, IL. 60606
Amount Due: $3,275.00

Merchants Credit Guide
223 W. Jackson Blvd. Ste. 4
Chicago, IL. 60606
Amount Due: $2,397.00

NCO FIN/99
PO Box 15636
Wilmington, DE 19850
Amount Due: $271.00

Nrthestcrcol
245 Main St.
Dickson City, PA. 18519
Amount Due: $828.00

Pinnacle Credit Services
7900 Highway 7 #100
Saint Louis Park, MN 55426
Amount Due: $471.00

Security Credit System
622 Main St. Ste 301
Buffalo, NY 14202
Amount Due: $1,726.00

State Collection Services
2509 S. Stoughton Rd.
Madison, WI. 53716
Amount Due: $2,109.00

State Collection Services
2509 S. Stoughton Rd.
Madison, WI. 53716
Amount Due: $1,624.00

Amount Due: $319.20

City of Des Plaines
1420 Miner Street
Des Plaines, IL. 60016
Village Citation # C0210853
Amount Due: $100.00

Juan Cervantes
1101 North Side
Shorewood, IL 60404
Amount Due: $13,000.00